IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RIGOBERTO VARGAS CASILLAS,                    1:10-cv-00139 YNP [DLB] (HC)

        Petitioner,                                ORDER GRANTING MOTION
                                                               TO PROCEED IN FORMA PAUPERIS
    vs.
                                                               (DOCUMENT #2)
MARTEL, Warden,

        Respondent.
_____/

     Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

28 U.S.C. § 2254.

     Petitioner has filed a motion to proceed in forma pauperis.   Examination of this document

reveals that petitioner is unable to afford the costs of this action.  Accordingly, the motion to proceed

in forma pauperis is GRANTED.  See 28 U.S.C. § 1915.


     IT IS SO ORDERED.

**Dated:   February 16, 2010**       _____ **/s/ Dennis L. Beck** _____
                                        UNITED STATES MAGISTRATE JUDGE